

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00274-CR

Perry Ellis **MAYFIELD**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-07-10728-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on September 8, 2014. *See* TEX. R. APP. P. 38.6(a). On September 16, 2014, Appellant filed a first motion for extension of time requesting an extension of forty-five days.

Appellant's motion is GRANTED, IN PART. Appellant's brief is due to be filed in this court no later than October 13, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court